*E-Filed 8/20/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANCE S. WILLIAMS, | No. C 12-1162 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ALAMEDA COUNTY, et al., | |
| Defendants. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. The complaint was dismissed with leave to amend within 30 days. More than 30 days have passed since the order was filed and plaintiff has not filed an amended complaint. Accordingly, the action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: August 20, 2012

RICHARD SEEBORG
United States District Judge

No. C 12-1162 RS (PR)
ORDER OF DISMISSAL